**No. 68998.**—Engis Equipment Company *v.* United States, protests 68/4833–13288 and 61/12086–12321 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of diamond files, over 2½ inches but not over 4½ inches in length, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc., et al.* v. *United States* (52 Cust. Ct. 56, C.D. 2436), the claim of the plaintiff was sustained.

**No. 68999.**—J. M. Sutton Sons & Co. *v.* United States, protests 63/7909, etc. (New York).

Opinion by DONLON, J.. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 69000.**—Arnart Imports, Inc. *v.* United States, protest 63/8974 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.